STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**SALLY RIVERA**  Case No.  11-08427-MCF

Chapter 13   Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

| I. Appearances | | | Date & Time: 11/2/2011 10:53:00AM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R   [ ] NR   LV: $$128,877 |
| Joint Debtor | [ ] Present | [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | |
| [ ] Substitute | | | None |

**II. Oath Administered**
[X] Yes   [ ] No

**III. Plan**

Date: 09/30/2011   Base: $66,700.00   Payments 1 made out of 1 due.

Confirmation Hearing Date: 12/2/2011  1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**
  $3,000.00  -  $146.00  =  $2,854.00

**IV. Status of Meeting**

[X] Closed     [ ] Not Held     [ ] Held/Continued
[ ] Held/Not Closed

[ ] Continued

Continued Date:
Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments
[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):
[ ] MTD Already filed, see Docket:
[ ] Other:

In re:

SALLY RIVERA  Case No. 11-08427-MCF

Chapter 13  Attorney Name: R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [X] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |   [ ] State - years |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |   [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
| |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1. Debtor has a claim in state court represented by counsel. She is aware of the need to have his employment approved by the Bankruptcy Court. 2. Debtor is now separated from her companion who had a $1,229.00 monthly income. Debtor has to re-evaluate her budget.

I reviewed documents to the effect that she has filed here 2007 thru 2010 tax returns.

s/Alejandro Oliveras  Date: 11/02/2011

Trustee/Presiding Officer  (Rev. 02/11)